UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Schnur, *et al.*,

    Plaintiffs,

v.                                      Case No. 12-12115

Jeffory Shields, *et al.*,                    Honorable Sean F. Cox

    Defendants.

_____/

## ORDER
## DISMISSING DEFENDANTS GEODYNAMICS, INC. AND GEODYNAMICS EXPLORATION, INC., WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE

Plaintiffs filed this action against Defendants on May 9, 2012. A review of the docket reflected that, as of December 17, 2012, no summons had been returned executed as to Defendants Geodynamics, Inc. or Geodynamics Exploration, Inc., although the time for service under Fed. R. Civ. P. 4(m) had expired.

As a result, on December 17, 2012, this Court issued an Order Directing Plaintiffs to Show Cause (Docket Entry No. 17), wherein this Court ordered Plaintiffs to show cause, in writing, no later than January 4, 2013, why this action should not be dismissed as to Defendants Geodynamics, Inc. and Geodynamics Exploration, Inc. for failure to effect timely service of process. That Order expressly warned Plaintiffs that "[f]ailure to comply with this order may result in dismissal of the defendants from this action." (*Id*.).

Plaintiffs have not responded to the December 17, 2012, and the time permitted for doing so has long since passed. Accordingly, the Court ORDERS that Plaintiffs' claims against

Defendants Geodynamics, Inc. and Geodynamics Exploration, Inc. are hereby DISMISSED FOR FAILURE TO PROSECUTE.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: April 25, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 25, 2013, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager